IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CR-00022-RJC-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GENAIA TYRHEEN MOORE, ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> BROWN INTEGRATED LOGISTICS, ) <br> Garnishee. ) <br> ) | **ORDER OF CONTINUING GARNISHMENT** |

**THIS MATTER** is before the Court on the Government's Motion for Order of Continuing Garnishment (Doc. No. 79) and the Answer of Garnishee (Doc. No. 76).

Judgment in the criminal case was entered on June 4, 2007. (Doc. No. 40). As part of that Judgment, Defendant, Genaia Tyrheen Moore, was ordered to pay an assessment of $500.00 and restitution of $68,664.59 to the victims of her crime. Id. The balance due as of August 12, 2024, was $62,976.96.

On August 14, 2024, the Court entered a Writ of Continuing Garnishment ("Writ") as to Garnishee, Brown Integrated Logistics. (Doc. No. 72). Defendant was served with the Writ and Instructions notifying her of her right to request a hearing and/or claim exemptions on August 30, 2024. (Doc. No. 75). Garnishee was served with the Writ and Instructions on August 30, 2024. Id. Garnishee filed an Answer on September 9, 2024, stating that at the time of service of the Writ, Garnishee had in its custody, control, or possession property or funds owned by Defendant, including nonexempt, disposable earnings. (Doc. No. 76). Garnishee certified that it served the Answer on Defendant on September 3, 2024. Id.

Defendant filed a Request for Hearing About Garnishment and Garnishee's Answer on September 11, 2024. (Doc. No. 77). The Government filed a Response on September 26, 2024. (Doc. No. 78). The Court denied Defendant's Request for Hearing on November 20, 2024.

**IT IS THEREFORE ORDERED** that an Order of Continuing Garnishment is hereby **ENTERED** in the amount of $62,976.96 computed through August 12, 2024. Garnishee shall pay the United States up to the lesser of:

1. twenty-five percent (25%) of Defendant's disposable earnings which remain after all deductions required by law have been withheld, or
2. the amount by which Defendant's disposable earnings for each week exceed thirty (30) times the federal minimum wage.

See 15 U.S.C. § 1673(a). Garnishee shall continue payments until the debt to the United States is paid in full; until Garnishee no longer has custody, possession, or control of any property belonging to Defendant; or until further Order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to:

CLERK OF THE UNITED STATES DISTRICT COURT
ATTN: FINANCE DEPARTMENT
401 WEST TRADE STREET
CHARLOTTE, NORTH CAROLINA 28202

To ensure that each payment is credited properly, the following should be included on each check: Defendant's Name Genaia Tyrheen Moore, Case Number DNCW3:06CR022-002.

**IT IS FURTHER ORDERED** that Garnishee shall advise this Court if Defendant's employment is terminated at any time by Garnishee or Defendant.

**IT IS FURTHER ORDERED** that the United States shall submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.

Signed: December 17, 2024

_____
Susan C. Rodriguez
United States Magistrate Judge